UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:12-CR-74-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DONTAY EMANUEL COLEMAN ) | |

THIS MATTER is before the Court on the government's motion to amend, (Doc. No. 16), the Preliminary Order of Forfeiture filed on August 10, 2012, (Doc. No. 15), to correct the description of the firearm subject to forfeiture. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS THEREFORE ORDERED** that the Preliminary Order is amended to describe the firearm subject to forfeiture as: "a Hi-Point model CF380, .380 caliber pistol, bearing serial number P0722103."

Signed: February 28, 2013

Robert J. Conrad, Jr.
Chief United States District Judge