| | | |
|---|---|---|
| To: | The Honorable Robert J. Conrad, Jr.<br>U.S. District Court Judge |  |
| From: | Jessica Isaacs<br>U.S. Probation Officer | |
| Subject: | Dontay Emanuel Coleman<br>Case Number: 0419 3:12CR00074- 001<br>OUT-OF-COUNTRY TRAVEL | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| Date: | 6/14/2016 | |

The aforementioned individual has requested permission to travel on a cruise to Cozumel, Mexico, departing July 4, 2016, and returning July 8, 2016. He will be traveling with his significant other, Luvenia Redfern. Ms. Redfern forwarded the travel confirmation to the undersigned officer verifying the trip has been booked. Mr. Coleman continues to submit negative drug tests and has maintained full-time employment as a truck driver. To this officer's knowledge he remains in compliance with all conditions of release.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7649, should you have any questions.

THE COURT ORDERS:

X Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: June 14, 2016

_____
Robert J. Conrad, Jr.
United States District Judge